■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX INCILLO, Appellant.—Judgment unanimously affirmed (see, People v Depeyster, 115 AD2d 613; People v Sirianni, 89

AD2d 775). (Appeal from judgment of Supreme Court, Erie County, Flynn, J.—criminal possession of controlled substance, fourth degree.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.